UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

GILBERTO VALLE,

           Defendant.

- - - - - - - - - - - - - - - - - - x

JUDGE GARDEPHE

INDICTMENT

12 CRIM 847

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 15 2012

### COUNT ONE

The Grand Jury charges:

    1. From at least in or about January 2012, up to and including on or about October 24, 2012, in the Southern District of New York and elsewhere, GILBERTO VALLE, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1201.

    2. It was a part and an object of the conspiracy that GILBERTO VALLE, the defendant, and others known and unknown, would unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward and otherwise, a person, and use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of the kidnapping, in violation of Title 18, United States Code, Section 1201.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about July 9, 2012, GILBERTO VALLE, the defendant, using the Internet and an electronic instant messaging program, communicated with a co-conspirator not named as a defendant herein, about kidnapping, cooking and eating body parts of a woman ("Victim-1").

    b. On or about July 22, 2012, GILBERTO VALLE, the defendant, traveled to Maryland to meet with Victim-1.

    c. On or about May 31, 2012, GILBERTO VALLE, the defendant, accessed a law enforcement database without authorization.

(Title 18, United States Code, Section 1201(c).)

## COUNT TWO

The Grand Jury further charges:

4. On or about May 31, 2012, in the Southern District of New York, GILBERTO VALLE, the defendant, intentionally and knowingly accessed a computer without authorization and exceeded authorized access and thereby obtained information from a department and agency of the United States, to wit, VALLE accessed, and obtained information from, the federal National

Crime Information Center database, without authorization, and outside the scope of his authority.

(Title 18, United States Code, Sections 1030(a)(2)(B).)

_____  _____
FOREPERSON                        PREET BHARARA
                                  United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

GILBERTO VALLE,

Defendant.

---

INDICTMENT

12 Cr.

(Title 18 United States Code, Sections 1201(c), and 1030.)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

*11/15/12 Filed Indictment.
Case assigned to Judge Gardephe
Judge Frances
USMJ*