UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                                12 CR 847

        - against -

                                                            **NOTICE OF MOTION**

GILBERTO VALLE,
                     Defendant.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Paul G. Gardephe, in the Southern District of New York, at a date and time to be set at the convenience of the Court for an Order precluding the testimony of proposed government witness William Shute.

Dated:  New York, New York
           February 6, 2013

                                          Respectfully submitted,

                                          Federal Defenders of New York

                By:    _____
                      JULIA L. GATTO, ESQ.
                      Attorney for Defendant
                      **Gilberto Valle**
                      52 Duane Street - 10th Floor
                      New York NY 10007
                      Tel.: (212) 417-8750