UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA           :

       - v -                          :     12 Cr. 847 (PGG)

GILBERTO VALLE,                    :     MOTION *IN LIMINE* TO PRECLUDE
                                          EXPERT TESTIMONY
                Defendant.     :

------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Gilberto Valle, upon the annexed declaration of Julia L. Gatto, and the accompanying memorandum of law, hereby moves the Court *in limine* for an order precluding the government from presenting at trial testimony from Dr. Louis Schlesinger.

Dated: New York, New York
       February 19, 2013

                                  Respectfully submitted,

                                  DAVID PATTON
                                  Federal Defenders of New York, Inc.

               By: _____
                    Julia L. Gatto
                    Attorney for Defendant
                    GILBERTO VALLE
                    52 Duane Street - 10th Floor
                    New York, New York 10007

TO:   PREET BHARARA, ESQ.
       United States Attorney
       Southern District of New York
       One St. Andrew's Plaza
       New York, New York 10007
        Attn: **HADASSA WAXMAN, ESQ.**
             Assistant United States Attorney