EXHIBIT A

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

UNITED STATES ATTORNEY'S OFFICE,

SOUTHERN DISTRICT OF NEW YORK

                         Plaintiff,

            vs.

GILBERTO VALLE,

                    Defendant.

------------------------------------------


VIDEOTAPED & SKYPE DEPOSITION OF SERGEY MERENKOV

New York, New York

Tuesday, February 19, 2013


Reported by:

SUSAN HISLER



DEFENDANT'S
EXHIBIT
P2

ORIGINAL

2

1

2

3

4

5

6

7                     February 19, 2013

8                        11:09 a.m.

9

10          Videotaped & Skype Deposition of SERGEY

11    MERENKOV, held at the offices of Federal

12    Defenders of New York, Inc., 52 Duane Street,

13    New York, New York, pursuant to Notice and Court

14    Order before Susan Hisler, a Shorthand Reporter

15    and Notary Public within and for the State of

16    New York.

17

18

19

20

21

22

23

24

25

Sergey Merenkov

2/19/2013

3

1

                    S T I P U L A T I O N S

2

3         IT IS HEREBY STIPULATED AND AGREED by and

4  between the attorneys for the respective parties

5  hereto that filing sealing and certification be and

6  the same are hereby waived.

7         IT IS FURTHER STIPULATED AND AGREED that all

8  objections, except as to the form of the question, be

9  reserved to the time of the trial.

10        IT IS FURTHER STIPULATED AND AGREED that the

11  within examination may be signed and sworn to before

12  any Notary Public with the same force and effect as

13  though signed and sworn to before this Court.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1
 2      APPEARANCES:
 3      ON BEHALF OF PLAINTIFF,
 4      UNITED STATES ATTORNEY'S OFFICE
 5      SOUTHERN DISTRICT OF NEW YORK
 6      U.S. DEPARTMENT OF JUSTICE
 7           One St. Andrew's Plaza
 8           New York, New York 10007
 9           Phone:   212-637-1029
10           Fax:   212-637-2605
11           By:   RANDALL W. JACKSON, ESQ.
                   randall.jackson@usdoj.gov
12                 HADASSA WAXMAN, ESQ.
13                 hadassa.waxman@usdoj.gov
14
        ON BEHALF OF DEFENDANT,
15      GILBERTO VALLE
16           FEDERAL DEFENDERS OF NEW YORK, INC.
17           52 Duane Street, 10th Floor
18           New York, New York 10007
19           Phone:   212-417-8750
20           Fax:   212-571-0392
21           By:   JULIA L. GATTO, ESQ.
                   julia_gatto@fd.org
22                 ROBERT M. BAUM, ESQ.
23                 robert_baum@fd.org
24
25
```

5

```
1

2          ALSO PRESENT:

3          Corey Walsh, Special Agent

4          Anthony Foto, Special Agent

5          U.S. DEPARTMENT OF JUSTICE

6          FEDERAL BUREAU OF INVESTIGATION

7          NEW YORK FIELD OFFICE

8

9          Annie Chen, Paralegal

10         U.S. DEPARTMENT OF JUSTICE

11         UNITED STATES ATTORNEY'S OFFICE

12         SOUTHERN DISTRICT OF NEW YORK

13

14         Nicholas Guzman, Videographer

15         Yana Agoureev, Interpreter

16

17

18

19

20

21

22

23

24

25
```

6

```
 1                      Merenkov
 2            THE VIDEOGRAPHER:  Today's
 3        deposition is being held at 52 Duane
 4        Street, New York, New York 10007.  The
 5        time on the record now is 11:09 a.m.
 6        My name is Nicholas Guzman, I'll be the
 7        legal video specialist.  The court
 8        reporter today is Susan Hisler on
 9        behalf of Toby Feldman reporting.  At
10        this time, I ask counsel to please
11        introduce themselves for the record.
12            MS. GATTO:  Federal Defenders of
13        New York, by Julia Gatto and Robert
14        Baum.
15            MR. JACKSON:  United States
16        Attorney's Office for the Southern
17        District of New York, by Randall
18        Jackson and Hadassa Waxman.
19            THE VIDEOGRAPHER:  For the record,
20        will the court reporter please swear in
21        the witness.
22  S E R G E Y   M E R E N K O V, having been
23        first duly sworn via Skype by a Notary
24        Public within and for the State of New
25        York, was examined and testified under
```

```
 1                        Merenkov
 2        oath as follows:
 3             THE VIDEOGRAPHER:  Will the court
 4         reporter please swear in the
 5         interpreter.
 6   Y A N A   A G O U R E E V, the Interpreter,
 7         having been first duly sworn, interpreted
 8         from English to Russian and from Russian
 9         to English, to the best of her ability as
10         follows:
11   EXAMINATION BY MS. GATTO:
12        Q    What is your name?
13        A    Sergey Merenkov.
14        Q    Mr. Merenkov, please answer your
15   questions in Russian so the interpreter can
16   interpret them for us, okay?
17             How do you spell your last name?
18        A    M-E-R-E-N-K-O-V.
19        Q    And what country are you from,
20   Mr. Merenkov?
21        A    Russian federation.
22        Q    And where do you currently reside?
23        A    Currently, I reside in Moscow.
24        Q    How old are you?
25        A    34 years old.
```

8

1                        Merenkov

2        Q    What is your educational background,

3    Mr. Merenkov?

4        A    I graduated from high school and I

5    have also some college education.

6        Q    And the college that you went to,

7    was it in Russia?

8        A    Yes.  In Moscow.

9        Q    What do you currently do for a

10   living?

11       A    Currently, I'm heading a company

12   that sells Spanish ice cream in Moscow.

13       Q    What is your relationship to a

14   website called darkfetishnet.com?

15       A    I'm one of the founders, together

16   with my partners.

17       Q    How many partners?

18       A    Two additional people.

19       Q    And do you also consider yourself

20   the webmaster of darkfetishnet.com?

21       A    Yes.  I am the webmaster.  Of

22   course.

23       Q    And what is a webmaster?

24       A    A webmaster is a person that deals

25   with the administrative aspect of the website

Sergey Merenkov                                                    2/19/2013

9

1                        Merenkov

2     and also offers technical support.

3          Q     And when was darkfetishnet.com

4     created?

5          A     Approximately, beginning of 2010.

6          Q     Why did you create it, you and your

7     partners?

8                Mr. Merenkov, let me ask you when

9     you have a very long answer, to pause at some

10    point, so the interpreter can translate.

11         A     Okay.

12               We saw a niche in the market.  So we

13    decided to jump in and create the website for

14    these people that have similar interests.

15    And also, there was a website already

16    operating of a similar kind.  And it's

17    basically organized like a Facebook page.

18         Q     When you say a niche or there was a

19    website of a similar kind, can you be more

20    specific?  Who was the website created for?

21         A     For sexual fetishes, for people with

22    sexual fantasies.

23         Q     And what kind of sexual fetishes are

24    you talking about?

25         A     All fetishes that exist that are

10

1                         Merenkov

2    legal.

3         Q    Can you give us some examples of

4    fetishes that exist?

5         A    Of course.  Foot fetishes, belly

6    fetish, sexual asphyxiation.  So any sort of

7    fetish that is legal.

8         Q    And so the purpose of the website is

9    to do what for people who have sexual

10   fetishes?

11        A    It was done so people would

12   interact, so people could communicate, it's a

13   social media network.  It's very similar to

14   Facebook and does everything that Facebook

15   does.

16        Q    Could you rank the most popular

17   fetishes that people on the website are

18   exploring?

19        A    So as I have already stated, all

20   sorts of asphyxiation fetishes.

21        Q    I'm sorry, Mr. Merenkov.  We had

22   trouble hearing what you said after

23   asphyxiation.

24        A    Sexual asphyxiation is the main

25   fetish as I have already mentioned, peril,

11

1                          Merenkov

2     cannibalism, so these type of things.

3         Q     And you mentioned that the website

4     was modeled after Facebook.  What are some of

5     the functionalities that darkfetishnet.com

6     and Facebook share?

7         A     So basically, DFM is a clone of

8     Facebook, but it is oriented to people with

9     fetishes that are not considered to be

10    standard.  So everything that you see on

11    Facebook, basically you can encounter on the

12    website.  These are private chats, groups,

13    the ability to publish photo albums on the

14    site.

15        Q     And can viewers of the website

16    become members of the website?

17        A     This is something that is imperative

18    if they want to use the website completely

19    and fully.

20        Q     And what information do viewers have

21    to provide in order to become a member of

22    darkfetishnet.com?

23        A     So the minimal information that is

24    necessary to register an account is a working

25    e-mail and a nickname.

12

1                          Merenkov

2          Q     And is that information verified in

3     any way by darkfetishnet.com?

4          A     So basically, the information is

5     verified by the script because the script

6     sends response e-mail to the working e-mail

7     that is provided at registration.

8          Q     And in connection with the nickname

9     that's provided, does the website verify in

10    any way whether that's actually the name of

11    the member?

12         A     Absolutely not, because this is

13    impossible to do.

14         Q     Why do you say it's impossible to

15    do?

16         A     I'm not the FBI or the police.  So I

17    cannot check actually if the name provided on

18    the registration form is the actual name of

19    the subscriber.

20         Q     Are members also asked to fill out a

21    profile that's viewable by other members on

22    the site?

23         A     So this is optional.  It is not

24    imperative that the person fills out this

25    profile, but if he wants to be recognized or

Sergey Merenkov                                    2/19/2013

13

```
 1                    Merenkov
 2    known or for other people to find out about
 3    him, that is done.
 4        Q    And what kind of information is
 5    asked to be filled out by a member who's
 6    filling out a profile?
 7        A    So basically the profile is divided
 8    into three main sections.  So the first
 9    section is basic personal information.  So
10    the first section the person provides his
11    first name, last name and the nickname that
12    he chooses for himself.  So the first name
13    and the nickname is the information that is
14    required by the system to be filled out not
15    the last name.
16             And also a person is required to put
17    in his date of birth but basically a user can
18    put in any date of birth that he chooses.
19    Basically, it's done in order to see that the
20    person registering is older than 18 years of
21    age because that's a requirement of our site.
22        Q    And what else is asked in the
23    profile?
24        A    So basically I have something to add
25    also.
```

Sergey Merenkov                                        2/19/2013

14

1                          Merenkov

2        Q     Please go on.

3        A     So the person has to put in his

4    gender and he has to put in the country of

5    origin if he chooses to do so, home page URL.

6        Q     What else?

7        A     So the second section is entitled

8    about me.  So there is two opportunities in

9    this section to put in your personal

10   information.  The first one is to summarize

11   who you are.  There's a subsection called who

12   I am and the user can fill out this

13   subjection to tell other people about

14   himself.

15            And also there's a subsection called

16   favorite quote.  And if a person has a

17   favorite quote that he uses, he can fill in

18   that subsection something interesting or

19   funny.

20            And the third section is probably

21   the most important section that deals with

22   sexual preferences of that person, tells

23   people about his fetishes, and it is entitled

24   about my fetish.

25       Q     Why do you say that's the most

15

```
 1                    Merenkov
 2    important section on the profile?
 3        A    Because we are dealing with a
 4    website that caters to sexual fetishes.  And
 5    if a person correctly fills out that section,
 6    he will have more opportunities to interact
 7    with other users if he fills it out correctly
 8    and honestly.
 9        Q    You mentioned before private chats.
10    Is that a way that people interact on
11    darkfetishnet?
12        A    So there are two ways of interacting
13    on the site.  So the public chat and the
14    private chat are two separate systems.  And
15    also there's a system of private messages
16    when people can communicate privately with
17    each other directly.
18        Q    And the private messages are those
19    set up the way messaging on Facebook is set
20    up, private messaging on Facebook?
21        A    So yes, it is organized according to
22    the same principles, and all social media
23    sites are organized according to the same
24    principles.  When you're dealing with private
25    chat basically it's a way to send e-mails but
```

16

1                          Merenkov
2      privately within the website.
3         Q    In order to private message on
4      darkfetishnet.com, do the members have to go
5      through each other's profile pages?
6         A    So there's basically three ways of
7      doing that.  So the first type of
8      communication is that you go to the profile
9      page of a person.  You see the profile, you
10     like it, and there's an opportunity to send a
11     private message to that person.
12             And if you have friends within the
13     network, then you can go to your friend's
14     page, to the list of friends, and there's
15     also an option to send private messages to
16     your friends.
17             And the third way of doing it is if
18     you know the nickname of the user and you can
19     just type in his nickname and connect to him
20     in a chat but usually this is not used.  Not
21     in a chat but in a system of private
22     communications.
23        Q    I understand.  Mr. Merenkov, do you
24     earn an income from darkfetishnet.com?
25        A    Yes.  The site does produce an

                                                                17

1                          Merenkov

2       income but mostly it goes to technical

3       support, to programming, to hosting and the

4       amount that is left is usually insignificant.

5           Q     And how does the site earn that

6       money?

7           A     So at first we thought that we can

8       do classic modernization.  I mean, with the

9       help of advertisement revenue but

10      unfortunately this system only works for

11      large-scale websites, with like fetlife that

12      has almost two million users.

13              So if the site is small like we are

14      and we have only 38,000 users, the traffic is

15      insignificant and there's not enough clicks

16      to cover expenses, and basically even not

17      enough clicks to cover hosting costs.

18              So we switched over to premium

19      accounts.  This is basically a way for a

20      person to upgrade his regular account to a

21      premium status.

22          Q     And so that's how the site earns

23      money from memberships and the limited

24      advertising; is that right?

25          A     So 20 percent of our income is

18

```
1                        Merenkov
2     attributed to advertising and 80 percent to
3     membership revenue.
4         Q     Mr. Merenkov, can you look at what
5     has been previously e-mailed to you by
6     defense counsel and marked Exhibit A.
7               Do you have that?
8         A     Yes, I can see it.
9         Q     Do you recognize it?
10        A     Yes, of course.
11        Q     What is it?
12        A     This the home page of the site.
13        Q     And what do you mean home page?
14    What does that mean?
15        A     So this is the page that the users
16    first see when they enter our site.
17        Q     And looking at Exhibit A, putting
18    aside the member content that appears on
19    there, did you create the text that appears
20    on the home page?
21        A     All administrative and descriptive
22    text that you see on the page were done by
23    me.
24        Q     And does this accurately reflect the
25    home page as it appears on the web now?
```

Sergey Merenkov                                                2/19/2013

19

1                          Merenkov

2        A    Yes, it does but there's a small

3    addition.  Basically it's the screen shot

4    that you see when a person has already logged

5    on to his account and entered the site.

6        Q    I see.

7        A    And this is very important because

8    if a person has not logged into his account,

9    then when he accesses the site, he will see

10   an invitation to enter his user name and

11   password.

12       Q    Let me point you to the text that

13   appears about a quarter of the way down from

14   the top under welcome to the dark fetish

15   network.

16            Do you see that?

17       A    Yes, I do.

18       Q    And does that fairly and accurately

19   depict that portion of the home page as it

20   appears on the web now?

21       A    Absolutely.

22            MS. GATTO:  I offer Exhibit A into

23      evidence.

24            MR. JACKSON:  No objection here.

25       Q    So focusing on, welcome to the dark

Sergey Merenkov

2/19/2013

20

1                    Merenkov

2    fetish network, that text, and let me read it

3    to you, welcome to the social network where

4    you won't feel yourself like outcasts because

5    of your dark fetish.

6        A    Well, you don't have to translate it

7    for me because I was actually the one who

8    wrote that text so I know it.

9        Q    Okay.  So I'll read it into the

10   record, and we'll ask the interpreter not to

11   translate it.

12            Welcome to the social network where

13   you won't feel yourself like an outcast

14   because of your dark fetish.  Why?  Because

15   this place is created by people like you for

16   people like you so feel free to look around,

17   meet some crazy in a good way people and

18   become part of our growing adult-only 18-plus

19   community.  And it ends, please also remember

20   this place is about fantasies only, and

21   that's bold, so play it safe.

22            Mr. Merenkov, has this paragraph

23   that I just read always appeared on the home

24   page of darkfetishnet.com?

25       A    Yes, it does appear on this page for

21

```
 1                    Merenkov
 2    a very long time.  At first this paragraph
 3    was shorter but then we enlarged it.
 4        Q    Has this version of the paragraph
 5    been on the website, was it on the website in
 6    2012?
 7        A    Yes, I think so, yes.
 8        Q    And I want to go through it a little
 9    more carefully.  The first sentence, welcome
10    to the social network where you won't feel
11    yourself like an outcast.  Why?  Because this
12    place is created by people like you, for
13    people like you.
14             What's that intended to mean,
15    Mr. Merenkov?
16        A    So let's say that the majority of
17    the population are regular people that are
18    not engaged in fetishes.  So people who are
19    interested in fetishes cannot really
20    communicate about their fetishes with regular
21    people, with their regular friends say on
22    Facebook.
23             So that is why in this paragraph it
24    is said that you can communicate on this
25    website with like-minded people, people who
```

22

```
 1                     Merenkov
 2     share the same interests as you have, and you
 3     can communicate with like-minded people
 4     without fear of being misunderstood on this
 5     website because you have basically a group of
 6     like-minded people there.
 7          Q    And the last sentence which says,
 8     please also remember that this place is about
 9     fantasies only, so play safe.  What does
10     "play safe" mean, Mr. Merenkov?
11          A    So in BDSM there are certain safe
12     words and when a person feels that the game
13     has gone too far, then she or he, if they
14     feel that the game has gone too far, can use
15     the safe word and the partner will stop
16     whatever he is doing.  Basically this word
17     came from BDSM relations.
18          Q    I just wanted you to explain what
19     BDSM is.  Do you know what those letters
20     stand for?
21          A    Of course.  Bondage, sadism and
22     masochism.
23          Q    And does the D stand for dominance,
24     do you know?
25          A    Sometimes, yes, D stands for
```

23

```
 1                        Merenkov
 2     dominance but basically BD can also stand for
 3     just bondage.
 4          Q    And the phrase, this place is about
 5     fantasies only.  Mr. Merenkov, what does that
 6     mean?
 7          A    So people have different fantasies
 8     but fantasies should remain fantasies and not
 9     transferred to the criminal realm so to
10     speak.
11               It doesn't mean that a person can go
12     to a meat market and purchase a woman there
13     and just devour her so a fantasy should stay
14     a fantasy.
15          Q    And that's the purpose of your
16     website right?
17          A    Of course.
18          Q    Do people use the website to engage
19     in fantasy role play?
20          A    Very often.
21          Q    How do you know that?
22          A    Because this happens in an open
23     chat.
24          Q    What is fantasy role play?
25          A    So this is a role playing by two
```

24

1                      Merenkov

2     people when one person plays one role and the

3     other person plays another role.  I misspoke.

4     Basically, it can be not only two people

5     maybe two, three, four and more in an open

6     chat.

7          Q    And what kind of roles are they

8     playing?

9          A    That's under fantasies and scenario.

10    For example, so a woman can fantasize about

11    being a girl in peril, and she plays out a

12    role of being a victim in a dangerous

13    situation.

14           And the other people, one or two or

15    more, are stalkers basically.  They stick to

16    the scenario that they devise.  It's like a

17    scenario for a movie.  They all have roles

18    which they play out.

19         Q    And you said people engage in

20    fantasy role play in public chats.  Are they

21    also engaging in fantasy role play in the

22    private messaging you discussed earlier?

23         A    Yes.  Especially if people are

24    exchanging their nicknames in other messaging

25    tools, for example, Yahoo messaging.

email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    (800) 246.4950

25

```
 1                        Merenkov
 2        Q      What do you mean by that?
 3        A      What do you mean?
 4        Q      Well, you said that people engage in
 5    fantasy role play especially when they
 6    exchange Yahoo messenger e-mail nicknames?
 7        A      You have to basically explain the
 8    background of all of that.
 9        Q      Okay.  So please can you explain the
10    background of that?
11        A      Of course.  So I have been on the
12    net from 1994, basically since Internet's
13    inception.  So in those dark ages, the only
14    way people could communicate was through mass
15    communications.  And the system was called
16    IRC, Internet relay chat.
17             The system exists to this day but it
18    is not used on a mass scale that it was in
19    the past.
20             So channels were basically created
21    in these chats, and people could join in, and
22    these channels encompassed 10, 15, 20 people
23    and other people could join.
24             And all communications were either
25    public that everybody could see on the screen
```

26

```
 1                        Merenkov
 2    or private between two or three people.  So
 3    in these basically channels, role playing was
 4    performed for example, there were scenarios,
 5    a witch was supposed to be burned at the
 6    stake or hanged.  And one of the girls who
 7    participated in this challenge --
 8          MR. JACKSON:  Objection.
 9      A    -- or maybe not a girl because you
10    can never know who's sitting behind the
11    computer.  She was playing out the role of
12    the victim the witch, and the other people,
13    that could be a mob of 5, 6, 10, or more
14    people, they were the villagers full of
15    anger.
16          And they basically wrote what was
17    happening to them.  The girl could write, I'm
18    shivering from fright.  They're pulling me to
19    the noose.  I can feel the rope already on my
20    neck.
21      Q    And, Mr. Merenkov, just to be clear,
22    you're explaining an example of the kinds of
23    fantasy role play that took place in the
24    older Internet version of chats, right?
25      A    Yes, but nothing has changed.  It
```

Sergey Merenkov                                          2/19/2013

27

1                        Merenkov

2      remains the same.

3          Q    But my question was, do you know if

4      people are engaging in fantasy role play

5      through private messaging on

6      darkfetishnet.com?

7          A    Yes, of course.

8          Q    And then you said that oftentimes

9      people exchange Yahoo messenger nicknames,

10     and you were explaining what you meant by

11     that in connection with fantasy role play.

12         A    Yes.  Because it's more convenient.

13     It doesn't have to be Yahoo messenger.  It

14     can be Skype or other tools but this is just

15     more convenient than on the site.

16         Q    And Yahoo messaging is instant

17     messaging, is that what you're referring to?

18         A    Yes, this a system of instant

19     messaging.

20         Q    And the difference between the

21     private messaging on darkfetishnet.com and

22     instant messaging through, for example, Yahoo

23     messaging is what?

24         A    So the difference is obvious the

25     private chats on DFN is the service provided

28

```
 1                     Merenkov
 2    by DFN.  But if they exchange messages
 3    through Yahoo messaging, for example, then
 4    they use the services of Yahoo.
 5       Q    And just to be clear, when you say
 6    DFN, are you referring to darkfetishnetwork.
 7    com?
 8       A    Yes, that's the abbreviation.
 9       Q    And are the private messages, the
10    private messaging on DFN, are those in
11    realtime, are they realtime chats?
12       A    So it's not a, chat private
13    messaging is like mail so a person can write
14    something through private messaging and the
15    other person can respond in like two hours.
16       Q    And instant messaging is different?
17       A    Of course, because this is instant
18    communication.
19       Q    Can you return back to Defendant's
20    Exhibit A which you have before you a minute
21    ago.  Do you have that?
22       A    Yes.
23       Q    If you look on the left-hand side,
24    on the box that's labeled network stats since
25    March 2010, do you see that?
```