UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GILBERTO VALLE,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/13
```

12 Cr. 847 (PGG)

**VERDICT FORM**

**COUNT ONE**

    1. Conspiracy to commit kidnapping.

               \_\_\_\_\_ Guilty

               \_\_\_\_\_ Not Guilty

**COUNT TWO**

    2. Accessing a federal government computer database on May 31, 2012, without authorization.

               \_\_\_\_\_ Guilty

               \_\_\_\_\_ Not Guilty

**Please sign and date the form and tell the Marshal that the jury has reached a verdict:**

March \_\_\_\_, 2013                                        _____
                                                                            Signature of Foreperson