COURT EXHIBIT # __9__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DATE: 3/12/2013
TIME: 11:12 AM
CASE: 12CR 847(PGG)

UNITED STATES OF AMERICA,

-against-

GILBERTO VALLE,

Defendant.

12 Cr. 847 (PGG)

**VERDICT FORM**

**COUNT ONE**

1. Conspiracy to commit kidnapping.

   __✓__ Guilty

   _____ Not Guilty

**COUNT TWO**

2. Accessing a federal government computer database on May 31, 2012, without authorization.

   __✓__ Guilty

   _____ Not Guilty

**Please sign and date the form and tell the Marshal that the jury has reached a verdict:**

March 12, 2013

_____
Signature of Foreperson