UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
UNITED STATES OF AMERICA         :
                                 :
                                 :
         - v. -                  :   No. 12-cr-847 (PGG)
                                 :
GILBERTO VALLE,                  :
                                 :
                 Defendant.      :
------------------------------------------------------X

### DEFENDANT GILBERTO VALLE'S MOTION
### FOR A JUDGMENT OF ACQUITTAL ON COUNT TWO

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the prior proceedings had herein, the Defendant will move this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for the entry of a judgment of acquittal on count two of the indictment, and for such other and further relief as the Court may determine appropriate.

| | |
|---|---|
| Dated: New York, New York<br>June 17, 2013 | Respectfully submitted,<br>David Patton<br>Federal Defenders of New York |
| | By:  /s/ Julia Gatto<br>Julia Gatto<br>Attorney for Defendant Gilberto Valle<br>52 Duane Street, 10th Floor<br>New York, New York 10007 |

*Of Counsel*:
Julia Gatto
Robert Baum
Edward S. Zas
John J. Hughes, III
James A. Cohen