UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :
        - v. -                      :    No. 12-cr-847 (PGG)
                                    :
GILBERTO VALLE,                     :
                                    :
                    Defendant.      :
                                    :
------------------------------------------------------X

### DEFENDANT GILBERTO VALLE'S NOTICE OF MOTION FOR A NEW TRIAL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Dr. Park Dietz, and the prior proceedings had herein, the Defendant will move this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, to vacate and set aside the verdict rendered in this action and to grant a new trial, pursuant to Federal Rule of Criminal Procedure 33(a) and (b)(2), and for such other and further relief as the Court may determine appropriate.

| | |
|---|---|
| Dated: New York, New York<br>June 17, 2013 | Respectfully submitted,<br>David Patton<br>Federal Defenders of New York |
| | By:  /s/ Julia Gatto<br>Julia Gatto |
| *Of Counsel*:<br>Julia Gatto<br>Robert Baum<br>Edward S. Zas<br>John J. Hughes, III<br>Assistant Federal Defenders | Attorney for Defendant Gilberto Valle<br>52 Duane Street, 10th Floor<br>New York, New York 10007 |
| James A. Cohen<br>Associate Professor of Law<br>Fordham Law Clinic | |