

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/13

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 19, 2013

**BY ELECTRONIC MAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

The Application is granted. Defendant's Reply is due on September 19, 2013

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 21, 2013

    Re:   <u>United States v. Gilberto Valle</u>,
           12 Cr. 847 (PGG)

Dear Judge Gardephe:

       The Government respectfully submits this letter in response to the defendant's June 17, 2013 Motions For a New Trial and For Judgment of Acquittal. The defendant's motions total 130 pages, covering a wide array of issues, and include an additional 17-page Declaration, which is largely legal argument, submitted by Dr. Park Dietz, an expert retained by the defendant. Your Honor's individual rules require parties to request permission to file memoranda of law exceeding 25 pages of double-spaced type. The Government therefore requests permission to file a responsive brief not to exceed the number of pages utilized by the defendant. The Government also requests that the Court allow the Government until August 19, 2013, to file its responsive submission.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:       /s/
      Randall W. Jackson
      Hadassa Waxman
      Assistant United States Attorneys
      Tel.: (212) 637-2277/1029

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/13

cc:   Julia Gatto, Esq.
      Robert Baum, Esq.
      (by electronic mail)