| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>GILBERTO VALLE,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 07/01/2014<br><br>**ORDER**<br><br>12 Cr. 847 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Given this Court's decision granting Defendant's motion for a judgment of acquittal on Count One of the Indictment, Defendant Gilberto Valle is to be released on the following conditions:

(1) a $100,000 personal recognizance bond co-signed by two financially responsible people;

(2) home detention enforced by GPS monitoring, with the Defendant to reside at the home of a family member in Queens, New York;

(3) a mental health evaluation to be conducted under the auspices of the Pre-Trial Services Office as soon as possible;

(4) strict pre-trial supervision, including mental health treatment as deemed appropriate by the Pre-Trial Services Office;

(5) surrender of travel documents and no new applications for travel documents;

(6) surrender of any firearms and any licenses for firearms, as well as refraining from obtaining firearms or new licenses for firearms;

(7) no contact with individuals alleged by the Government to be targets of the charged kidnapping conspiracy or witnesses who testified at trial;

(8) no computer or Internet use or access to Internet-enabled devices; and

(9) travel restricted to the Southern and Eastern Districts of New York.

All conditions are to be met before release. As to the GPS monitoring condition, however, based on the representations made by the Pre-Trial Services Office that installation of the necessary equipment could take as long as 24 to 48 hours, but that alternative measures can be taken during this period to ensure that the Defendant is complying with the home confinement condition, the Defendant may be released on bail before the GPS equipment is operational.

Dated: New York, New York
       July 1, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge