**ORIGINAL**

Criminal Notice of Appeal - Form A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 28 2014

# NOTICE OF APPEAL

United States District Court

Southern _____ District of New York

Caption:
United States of America v.

Gilberto Valle

Docket No.: S1 12 Cr. 847

Hon. Paul G. Gardephe
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ the District Court's granting of the defendant's Rule 29 and Rule 33 motions
(specify)
entered in this action on June 30, 2014
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea |   | trial |✓| N/A |

Offense occurred after November 1, 1987? Yes |✓| No [   ] N/A [

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |___| Not committed |   | N/A |✓|

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Federal Defenders of New York, Edward Zas, Esq. |
| Counsel's Address: | 52 Duane Street, 10th Floor |
| | New York, NY 10007 |
| Counsel's Phone: | 212-417-8700 |
| Assistant U.S. Attorney: | Randall Jackson, Hadassa Waxman, Brooke Cucinella |
| AUSA's Address: | 1 Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212-637-2277 |

*Brooke E. Cucinella*
Signature