Criminal Notice of Appeal - Form A

**NOTICE OF APPEAL**

ORIGINAL

United States District Court

Southern District of New York

Caption:

United States

v.

Gilberto Valle

Docket No.: 12 Cr. 847 (PGG)

Hon. Paul G. Gardephe
(District Court Judge)

Notice is hereby given that Gilberto Valle appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on November 14, 2014.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: November 12, 2014   N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |___|

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 20 2014

Appellant is represented by counsel? Yes |✓| No |___| If yes, provide the following information:

Defendant's Counsel:  Federal Defenders of New York, Inc. (Edward S. Zas)

Counsel's Address:  52 Duane Street, 10th Floor

New York, NY 10007

Counsel's Phone:  212-417-8742

Assistant U.S. Attorney:  Justin Anderson, Randall W. Jackson, Brooke Cucinella

AUSA's Address:  One Saint Andrew's Plaza

New York, NY 10007

AUSA's Phone:  212-637-2277

Signature