#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F

| OFFERS | FANTASY FOOTBALL | COMPETITIONS | HOROSCOPES | CARTOONS | BINGO | POKER | CROSSWORDS | COOKIE POLICY |

BRAZIL 2014 — Get all the latest news and live action

**Mirror**

Download our FREE mobile and tablet apps

- Most read   - Live feeds   - Recommended for you    **News**   Football
Celebs   TV & Film   Weird News                        Sport   Technology   Money

TRENDING  ROLF HARRIS | MUST SEE | MICHAEL SCHUMACHER | PISTORIUS TRIAL

M › News › UK News › Cannibals

# Dale Bolinger: Nurse arrested by FBI over alleged cannibalism plot appears at court

Nov 09, 2013 00:00 | By **Sam Chadderton**

Dale Bolinger, 57, formerly of Canterbury, Kent, was charged with 11 offences via video link at the town's magistrates court

**Share**   f Share   Tweet   8+ +1   Email

Cited in US v Valle 12 Cr 847 Decided 6/30/14
Archived on 7/11/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F



Steve F

**Charge: Dale Bolinger**

A nurse arrested after an FBI probe into an alleged cannibalism plot appeared in court yesterday.

Dale Bolinger, 57, formerly of Canterbury, Kent, was charged with 11 offences via video link at the town's magistrates court.

He was released on bail to appear at Canterbury Crown Court on November 25.

Kent Police said an investigation was launched earlier this year as a result of contact with FBI officers in the United States who were investigating offences of conspiracy to kidnap and murder by former New York police officer Gilberto Valle.

Bolinger was arrested on February 21 on suspicion of committing conspiracy offences.

In September, he was charged with one count of attempting to administer poison to someone, two counts of possessing an indecent photograph of a child, one count of attempting to meet a girl under 16 following sexual grooming, and seven counts of publishing an obscene article.

The alleged offences occurred between 2010 and February 21 this year.



★ Recommended In News



**INQUESTS**
Killer polar bear which mauled British schoolboy could have been enraged by TOOTHACHE



**WEIGHT LOSS SUCCESS STORIES**
Obese receptionist loses six stone in just SEVEN MONTHS after fearing being overweight would leave her childless



**CRIME**
Hitman nicknamed Freddy Krueger facing life for killing gang boss and shooting getaway driver



**SHOPPING ADVICE**
Why you should buy everything online sight unseen and avoid competition shoppers

**IPHONE**
Apple's next iPhone could be made of one solid piece of glass



http://www.mirror.co.uk/news/uk-news/dale-bolinger-nurse-arrested-fbi-2711279#.UumF7vuGd8F[7/10/2014 10:48:43 AM]

Cited in US v Valle 12Cr847 Decided 6/30/14 Archived on 7/11/14 This document is protected by copyright. Further reproduction is prohibited without permission.

#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F

### PROMOTED STORIES


**Love at First Sight: A Shelter Dog Story**
Purina ONE


**Life insurance: what you don't know could hurt you**
Black Enterprise


**N.J. cheerleader shot execution-style on the street**
USA TODAY


**Man Killed By Subway Train at Herald Square**
DNAinfo


**Magnets Mean Your New Refrigerator Will Make History**
Txchnologist


**10 Inaccuracies in Historical Movies**
Monster Movie Reviews


**This Lady Signed a Lease and Then Learned She Was Stuck...**
VICE


**Don't Let Road Gators Bite**
Allstate Blog

Recommended by Outbrain

**Follow**  DailyMirror   @DailyMirror
 @samchadderton

---

**RECENTLY PUBLISHED**

**Nigella Lawson: Cocaine addicts do not look like me and I'd never orphan my children by abusing drugs**

 The voluptuous TV cook said she wouldn't sabotage her health by being a regular user and that ex-husband Charles Saatchi was "peddling"

**PREVIOUS ARTICLES**

**Dale Bolinger: British nurse to appear in court charged with sex offences after FBI investigation into cannibalism plot**

 Bolinger, originally from Kent, is also facing a charge of attempting to poison someone

**Dale Bolinger: British nurse**


**CATS**
Purr-fect sync! Adorable dancing kittens who move all at the same time


**HOMELESSNESS**
Meet homeless former heroin junkie addicted to RUNNING who is inspiring America like Forrest Gump


**HOSPITALS**
Nose-like growth on patient's back EIGHT years after failed op.


**CROCODILES**
Watch mayor marry a CROCODILE on the happiest day of his life


**GIVING BIRTH**
Husband films frantic dash to hospital as wife gives birth in car park

**Most Read In News**



**1  SELFIES**

Cited in U.S. v. Valle
12cr847 Decided 6/30/14
Archived on 7/11/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F

rumours

▸ **Charles Saatchi enjoys smoky dinner date with Trinny Woodhall after ex wife Nigella Lawson brands marriage 'brutal'**

▸ **Court sentences man to a prison sentence - despite being told he is DEAD**

**charged with sex offences after FBI probe into cannibalism plot**

Girl who sent nude selfie to her DAD by mistake never expected THIS reaction

2 SELFIES
'It's Twitter, not Titter': Watch furious father confront daughter who sent nude selfie to him by mistake

3 DOCTORS
Loom band safety warning after boy is blinded and another has finger turned blue

### RELATED TAGS

SEE ALSO

COURT CASE    CANNIBALS    CROWN COURT

4 COURT CASE
Pervert performed sex act in McDonald's for half an HOUR near horrified families

5 BODY PAINT
This terrifying spider is actually a HUMAN covered in body paint

### ADS BY GOOGLE

**Windows XP Driver Updates**
Windows XP Drivers Latest Download. Microsoft Certified. (Recommended)
windows-xp.driverupdate.net

**3 Sky-High Dividend Plays**
Dr. Mark Skousen's Top 3 Income Stocks for 2014: Free Report
www.eagledailyinvestor.com/Stock

PERSONAL INJURY


Injured in an accident at work?
Find out if you can claim in 30 seconds

POKER


Compare the latest poker bonuses
Get top poker tips and sign up online

★ Recommended On The Mirror

INQUESTS
Killer polar bear which mauled British

Cited in US v Valle 12 Cr 847 Decided 6/30/14
Archived on 7/11/14
This document is protected by copyright.
Further reproduction is prohibited without permission.



#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F



schoolboy 'could have been enraged by TOOTHACHE'

**MILEY CYRUS**

As Miley Cyrus gets creative and crafty, we look at 8 celebrities who have weird and wacky hobbies

**WEIGHT LOSS SUCCESS STORIES**

Obese receptionist loses six stone in just SEVEN MONTHS after fearing being overweight would leave her childless

**CRIME**

Hitman nicknamed Freddy Krueger facing life for killing gang boss and shooting getaway driver

**PREMIER LEAGUE**

Transfer news and rumours LIVE: Alexis Sanchez and Divock Origi latest plus all the done deals

**ALEXIS SANCHEZ**
How will Alexis Sanchez fit in at Arsenal? An analysis of what the Chilean star will bring to the Emirates

**PERRIE EDWARDS**
Happy birthday, Perrie Edwards! To celebrate

http://www.mirror.co.uk/news/uk-news/dale-bolinger-nurse-arrested-fbi-2711279#.UumF7vuGd8F[7/10/2014 10:48:43 AM]

Cited in US v Valle 12Cr847 Decided 6/30/14
Archived on 7/11/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F

let's look back at your huge rise to fame

**BIG BROTHER HOUSEMATES**

Big Brother 2014: Watch Stimberly's snog session halted so that Steven can talk about himself

**SHOPPING ADVICE**

Why you should buy everything online sight unseen and avoid competition shoppers

**IPHONE**

Apple's next iPhone could be made of one solid piece of glass

Cited in US v Valle 12Cr847 Decided 6/30/14 Archived on 7/11/14 This document is protected by copyright. Further reproduction is prohibited without permission.



#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F#.UumF7vuGd8F

MIRROR ONLINE
M

View: Desktop | Mobile

Find a job | Find a home
Find a new home |
Find a local business

About Us | Contact Us
Sell Your Story | Cookie Policy
For the record |
Privacy Statement
Terms and Conditions

Paper Subscription to the Daily Mirror
Paper Subscription to the Sunday Mirror
Irish Mirror

NEWS
- UK News
- Weird News
- Technology & Science
- Real Life Stories
- World news
- Crime

PLAY
- Crosswords
- Sudoku
- Competitions
- Poker
- Bingo

SPORT
- Football
- Formula 1
- Boxing
- Tennis
- Rugby League
- Rugby Union
- Cricket
- Golf
- Horse racing
- Other Sports
- Fantasy Football

TV
- TV News
- TV Previews
- TV Reviews

3AM
- Celebrity News
- US gossip
- Style
- TV & film news
- Weird celeb news

MONEY
- City News
- Personal finance
- Jobs
- Quids In

OPINION
- News Opinion
- Sport Opinion
- 3am Opinion
- Lifestyle Opinion

LIFESTYLE
- Health
- Horoscopes
- Staying in
- Going out
- Reader Offers
- Sex & Relationships
- Dieting
- Cartoons
- Family
- Gardening
- Travel
- Motoring

Cited in US v. Valle
12Cr847 Decided 6/30/14
Archived on 7/11/14
This document is protected by copyright.
Further reproduction is prohibited without permission.