**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
10 E. 40th St., Suite 3307
New York, NY 10016
www.kllf-law.com

May 11, 2020

By ECF and Fax

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York

    Re:    *United States v. Valle*, No. 12-CR-847
              Motion for Certificate of Innocence

Your Honor:

      On behalf of Gilberto Valle, I respectfully request a telephonic conference to discuss the status of Mr. Valle's pending motion for a certificate of innocence (Dkt. #435), filed on May 27, 2016.

                                                Respectfully submitted,

                                                /s/

                                                Douglas E. Lieb

CC      All counsel of record (by ECF)